OPINION — AG — THE STATUTORY LIMITATIONS ON THE WILDLIFE CONSERVATION DIRECTOR'S SALARY, TO WIT, $10,000, SET FORTH IN 29 O.S. 1961 125 [29-125], IS NOT BINDING UPON THE WILDLIFE CONSERVATION COMMISSION. HOWEVER, SAID SALARY LIMITATION MAY BE CONSIDERED BY THE COMMISSION AS AN EXPRESSION OF THE LEGISLATIVE DESIRE REGARDING SUCH MATTER. CITE: 29 O.S. 1957 106 [29-106], ARTICLE XXVI, SECTION 3 (LEE COOK)